UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | Case No. _____ |
| ) | Chapter 11 |
| OSMOTICS CORPORATION ) | |
| ) | |
| EIN: XX-XXX7070 ) | |
| ) | |
| Debtor. ) | |

## CORPORATE OWNERSHIP STATEMENT

In a case in which the debtor is a corporation (other than a governmental unit), or where any corporation is a party to an adversary proceeding (other than the debtor or a governmental unit), the following information is required pursuant to FED.R. BANKR.P. 1007(a)(1) and 7007.1 and L.B.R. 1007-4 and L.B.R. 7007.1-1:

Check applicable box:

[x]   There are no corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

[ ]   The following corporations directly or indirectly own 10% or more of a class of the debtor's equity interest:

1.
2.
3.

Dated:  September 13, 2010            By:  /s/Francine Porter_____
                                      Signature of debtor
                                      Francine Porter
                                      Chief Executive Officer


Dated:  September 13, 2010            By:  /s/ M. Frances Cetrulo_____
                                      *Counsel to Osmotics Corporation*_____
                                      M. Frances Cetrulo (Reg. No. 14953)
                                      Berenbaum Weinshienk PC
                                      370 17th Street, Suite 4800
                                      Denver, CO  80202
                                      Phone:  303.825.0800
                                      Facsimile:  303.629.7610
                                      E-mail:  fcetrulo@bw-legal.com