UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. _____ |
| | ) | Chapter 11 |
| OSMOTICS CORPORATION | ) | |
| | ) | |
| EIN: XX-XXX7070 | ) | |
| | ) | |
| Debtor. | ) | |

## LIST OF EQUITY SECURITY HOLDERS

In a chapter 11 reorganization case, the following information is required pursuant to FED.R. BANKR.P. 1007(a)(3) and L.B.R. 7007-4:

Check applicable box:

[x]   There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

[ ]   The following are the debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

1.
2.
3.

Dated: September 13, 2010             By: /s/Francine Porter_____
                                      Signature of debtor
                                      Francine Porter
                                      Chief Executive Officer

Dated: September 13, 2010             By: /s/ M. Frances Cetrulo_____
                                      *Counsel to Osmotics Corporation_____*
                                      M. Frances Cetrulo (Reg. No. 14953)
                                      Berenbaum Weinshienk PC
                                      370 17th Street, Suite 4800
                                      Denver, CO  80202
                                      Phone:  303.825.0800
                                      Facsimile:  303.629.7610
                                      E-mail: fcetrulo@bw-legal.com