**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF COLORADO**

In re:  Osmotics Corporation

Case No. _____
Chapter 11

Debtor.

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If the minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Norman I. Adams<br>201 Parkside Dr.<br>Palo Alto, CA 94306 | Norman I. Adams<br>201 Parkside Dr.<br>Palo Alto, CA 94306<br>650-424-0866 | Debt Holder | | 50,000.00 |
| Janet P. Bruce<br>3142 P St NW<br>Washington, DC 20007 | Janet P. Bruce<br>3142 P St NW<br>Washington, DC 20007 | Debt Holder | | 50,000.00 |
| Concorde Bank LTD<br>Attn: Gerard Lussan<br>P.O. Box 1161<br>The Corporate Center<br>Bush Hill & Bay Street<br>St. Michael Barbados BB 14038 | Concorde Bank LTD<br>Attn: Gerard Lussan<br>P.O. Box 1161<br>The Corporate Center<br>Bush Hill & Bay Street<br>St. Michael Barbados BB 14038 | Debt Holder | | 100,000.00 |
| Dr. Ella Lindenbaum<br>11847 Gorham Avenue<br>Unit 402<br>Los Angeles, CA 900049 | Dr. Ella Lindenbaum<br>11847 Gorham Avenue<br>Unit 402<br>Los Angeles, CA 900049 | Debt Holder | | 30,200.00 |
| Ed Lewis<br>Hillary Management S.A.<br>1706 Centinela Ave.<br>Los Angeles, CA 90025 | Ed Lewis<br>Hillary Management S.A.<br>1706 Centinela Ave.<br>Los Angeles, CA 90025 | Debt Holder | | 98,877.00 |
| Richard Hartigan<br>4021 Gulf Shore Blvd<br>Naples, FL 34102 | Richard Hartigan<br>4021 Gulf Shore Blvd<br>Naples, FL 34102 | Debt Holder | | 15,000.00 |
| Paradigm Osmotics L.P.<br>1535 Lake Cook Rd, Suite 110<br>Northbrook, IL 60062 | Paradigm Osmotics L.P.<br>1535 Lake Cook Rd, Suite 110<br>Northbrook, IL 60062 | Debt Holder | | 1,000,000.00 |

No. B.O.F. 4.  Rev. 10-05.  **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS (Page 1)**

| | | | | |
|---|---|---|---|---|
| Plazacorp, c/o Anthony Heller 10Wanless Ave. Ste 201 Toronto Ontario, Canada M4N 1V6 | Plazacorp, c/o Anthony Heller 10Wanless Ave. Ste 201 Toronto Ontario, Canada M4N 1V6 | Debt Holder | | 650,000.00 |
| Pratus Development Corporation c/o Ted Crowley 12 Partridge Dr. Novato, CA 94945 | Pratus Development Corporation c/o Ted Crowley 12 Partridge Dr. Novato, CA 94945 415-898-1295 | Debt Holder | | 75,000.00 |
| Renaissance Asset Management c/o Arnold L. Cornez at Global GP Ltd. PO Box 7657 Menlo Park, CA 94026 | Renaissance Asset Management c/o Arnold L. Cornez at Global GP LTD 2400 Sand Hill Road Menlo Park, CA 94025 | Debt Holder | | 109,000.00 |
| Marineland A.V.V. Corp c/o Mido Trust & Management N.V. Penstraat 105, PO Box 6132 Curacao Netherlands Antillies | Mido Trust & Management N.V. Attn: Joseph Salamon 1 Forestwood Drive, Toronto, CN M5N 2V5 | Debt Holder | | 1,200,000.00 |
| Paragon Group, LLC 6900 Jericho Turnpike, #100E Syosset, NY  11791-4407 | Paragon Group, LLC 6900 Jericho Turnpike, #100E Syosset, NY  11791-4407 | Debt Holder | | 25,732.34 |
| Senetek PLC 831 A. Latour Court Napa, C 94558 | Senetek PLC 831 A. Latour Court Napa, C 94558 | Executory Contract | | 30,303.86 |
| Tarsus Casualty and Life Company, Limited c/o Arnold L. Cornez at Global GP LTD PO Box 7657 Menlo Park, CA 94026 | Tarsus Casualty and Life Company, Limited c/o Arnold L. Cornez at Global GP LTD 2400 Sand Hill Road Menlo Park, CA 94025 | Debt Holder | | 163,500.00 |
| Ronald DV Turner 36 Ocean Ridge Blvd North Palm Coast, FL 32137 | Ronald DV Turner 36 Ocean Ridge Blvd North Palm Coast, FL 32137 – 305-256-4299 | Debt Holder | | 300,000.00 |
| Turnstone Ventures L.P. Attn: Nicholas Stevens Edgewood Management Co. 350 Park Ave. New York, NY 10022 | Turnstone Ventures L.P. Attn: Nicholas Stevens Edgewood Management Co. 350 Park Ave. New York, NY 10022 – 212-652-8100 | Debt Holder | | 200,000.00 |
| Robert Williams 110 Harborview Lane PO Box 868-33779 Largo, FL 33770 | Robert Williams 110 Harborview Lane PO Box 868-33779 Largo, FL 33770 727-409-7415 | Debt Holder | | 25,000.00 |

**No. B.O.F. 4.  Rev. 10-05.  LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS (Page 2)**

| | | | | |
|---|---|---|---|---|
| Joseph Salamon<br>Plazacorp, c/o Anthony Heller<br>10Wanless Ave. Ste 201<br>Toronto Ontario, Canada<br>M4N 1V6 | Plazacorp, c/o Anthony Heller<br>10Wanless Ave. Ste 201<br>Toronto Ontario, Canada<br>M4N 1V6 | Debt Placement Fee | | 185,000.00 |
| Imagine Print Solutions<br>SDS12-2000<br>PO Box 86<br>Minneapolis, MN 55486 | Imagine Print Solutions<br>SDS12-2000<br>PO Box 86<br>Minneapolis, MN 55486 | Trade Debt | | 19,944.10 |
| Colorado Quality Products<br>4000 S. Clay<br>Englewood, CO  80110 | Colorado Quality Products<br>4000 S. Clay<br>Englewood, CO  80110 | Trade Debt | | $ 36,385.40 |

Date: September 13, 2010                    /s/Francine Porter
                                            Signature

Date: September 13, 2010                    Francine Porter, Chief Executive Officer
                                            Print Name and Title

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

   I, Francine Porter, the Chief Executive Officer of Osmotics Corporation, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: September 13, 2010                    /s/Francine Porter
                                            Signature

                                            Francine Porter, Chief Executive Officer
                                            Print Name and Title